IN THE SUPREME COURT OF THE STATE OF NEVADA

SALVADOR LARA,
                    Appellant,
          vs.
THE STATE OF NEVADA,
                    Respondent.

No. 78471

FILED

APR 2 2 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Mary Kay Holthus, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on December 26, 2018. Appellant did not file the notice of appeal, however, until March 15, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court concludes that it lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                        Silver

19-17549

cc:    Hon. Mary Kay Holthus
         Clark County Public Defender
         Attorney General/Carson City
         Clark County District Attorney
         Eighth District Court Clerk